■ FREDERICK R. HAWKES, Respondent, v BONNIE M. HAWKES, Appellant. (Appeal No. 1.) FREDERICK R. HAWKES, Respondent, v BONNIE M. HAWKES, Appellant. (Appeal No. 2.) FREDERICK R. HAWKES, Respondent, v BONNIE M. HAWKES, Appellant. (Appeal

No. 3.) [881 NYS2d 360]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Fahey, Peradotto and Green, JJ.